### 16908.   FORD *v.* THE STATE.

LUKE, J. Ford was convicted of violating the prohibition statute. The evidence, while raising a strong suspicion of the defendant's guilt, was not, in our opinion, sufficient to authorize his conviction. For this reason the court erred in overruling his motion for a new trial.

*Judgment reversed. Bloodworth, J., concurs. Broyles, C. J., dissents.*

DECIDED MARCH 3, 1926.

Conviction of possession of liquor; from city court of Carrollton —Judge Hood.   October 2, 1925.

*Beall & Beall,* for plaintiff in error.

*Emmett Smith, solicitor,* contra.

Criminal Law, 16 C. J. p. 1179, n. 69.